UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ALBERT PAPOYANS**

V.                                              **CIVIL ACTION NO. 02-12328-RCL**

**GROOM CONSTRUCTION, ET AL**

### ORDER OF DISMISSAL

LINDSAY, D.J.

A Scheduling Conference having been set for June 11, 2003 at 2:00PM and counsel for the plaintiff, Ara Balikian, having failed to appear; it is hereby ORDERED:

Case dismissed for failure to prosecute.

June 12, 2003                    ---------------------------
                                 Deputy Clerk

Case 1:02-cv-12328-RCL   Document 6   Filed 06/12/03   Page 2 of 2